# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KLICKITAT COUNTY, a political subdivision of the State of Washington,<br>*Plaintiff*<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the Interior; LAWRENCE ROBERTS, in his official capacity as Acting Assistant Secretary-Indian Affairs, et al.<br>*Defendant* | Civil Action No. 1:16-cv-03060-LRS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Defendant's Motion to Dismiss (ECF No. 9) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion to Dismiss (ECF No. 9)

Date: 9/1/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen